## In re CRYOVAC, INC.

### No. 2010–1508.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

David M. Maxwell, Duane Morris LLP, Luke Anderson, Luke Anderson Law Firm, P.C., Atlanta, GA, for Cryovac, Inc.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Carol V. MAY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Veterans Affairs, Intervenor.**

No. 2010–3085.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

Dennis L. Friedman, Philadelphia, PA, for Petitioner.

Jeffrey A. Gauger, Merit Systems Protection Board, Washington, DC, for Respondent.

Jane W. Vanneman, Department of Justice, Washington, DC, for Intervenor.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.